IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES, LLC )<br>d/b/a GENERAL STEEL CORP., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH "JOE" G. WEILE, *et al.*, )<br>)<br>Defendants. ) | Misc. No. 2:07-mc-00122-GLL<br><br>AAA No. 77 160 00429 06 DE CR |

**ORDER**

AND NOW, this 11th day of April, 2007, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that third parties Olympia Steel Buildings Systems Corp. and Universal Steel Buildings Corp. shall file their response to the Plaintiffs' Motion to Implement and Compel Compliance With Arbitrator's Order and Subpoenas on or before April 12, 2007.

BY THE COURT:

_[signature]_
J.